IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE ELLIOT,<br><br>　　　　Plaintiff,<br><br>　　　　v<br><br>SAN FRANCISCO BOARD OF SUPERVISORS and SAN FRANCISCO RENT STABILIZATION AND ARBITRATION BOARD,<br><br>　　　　Defendants.<br>_____/ | No    C 09-1397 VRW<br><br>ORDER |

　　　　The above-captioned matter may be related to <u>Elliot v San Francisco Rent Stabilization and Arbitration Board</u>, 06-cv-4842 SBA, 07-4446 SBA, 07-mc-80166 SBA and 08-2352 SBA. Accordingly, pursuant to Civ LR 3-12(c), the matter is referred to Judge Armstrong to consider whether the cases are related.

　　　　The hearing on defendants' motion to dismiss scheduled for August 6, 2009 is VACATED due to the pending referral.

　　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　/s/ Vaughn R Walker
　　　　　　　　　　　　　　　　　　　　　　VAUGHN R WALKER
　　　　　　　　　　　　　　　　　　　　　　United States District Chief Judge