1  Vance S. Elliott
   **Name and Address**
2  74 Sixth Street #226

3  San Francisco, CA 94103-1608

4  Plaintiff

5            **UNITED STATES DISTRICT COURT**
6            **NORTHERN DISTRICT OF CALIFORNIA**

7

8                          )    **Case No.** C09-1397 VRW
                           )
9  Vance S. Elliott        )
10    **Plaintiff / Petitioner**   )    **Document Name:**
                           )
11    **VS.**                )    OPPOSITION TO NOTICE OF MOTION AND
                           )    MOTION TO DISMISS
12 The San Francisco Board of Sup-  )
   ervisors                )
13                          )    Hearing Date: August 6, 2009
                           )
14    **Defendant / Respondent**    )    Time:        2:30P.M.

15

16 To Attorneys Dennis J. Herrera, Wayne Snodgrass and Sherri SokelandKaiser for
17 Defendant The San Francisco Board of Supervisors, Greetings:

   The fact that I have been previously adjudicated a vexatious litigant has no
18 bearing whatsoever on the fact that the defendant, by resolution, caused to
   be enacted an Ordinance abridging my freedom and liberty in viol-
19 ation of Section 1 of the 14th Amendment to the Constitution of the United States.
   Your argument is abusively ad hominium. The person vexed is Judge Sandra
20 B. Armstrong against whom I filed Complaint of Judicial Misconduct No. 08-90170.
   I note the curious fact the event noted in my Complaint occurred within diverted
21 the city limits of San Francisco, all my previous complaints were to the
   District Court of Oakland). The question I lack standing or not is moot. I
22 have the right and the capacity as a citizen of the United States to iniatiate
   this lawsuit against the San Francisco Board of Supervisors.

23 I therefore propose that an Order signed by the Presiding Judge be issued
   finding Attorneys for the Defendant's Notice of Motion and Motion to Dismiss
24 without merit and is therefore dismissed.

25                                        Vance S. Elliott
                                         Attorney pro se
26

27

28